# LAW OFFICE OF SHMUEL KLEIN, PC
## ATTORNEYS AND COUNSELORS AT LAW
113 CEDARHILL AVENUE
MAHWAH, NJ 07430
(201) 529-3411

July 22, 2010

Matthew G. Wapner
McCarter & English , LLP
100 Mulberry Street
Newark NJ 07102

Re:   Lift-Tech Elevator Service, LLC
      Case No. 09-40244

Dear Matthew G. Wapner;

Please be advised that the Pre-trial Conference scheduled for July 27, 2010 has been adjourned to August 10, 2010 at 10am.

Herewith we ask that you withdrawal your filed motion to dismiss. Your reasoning for the motion violates Rule 11. The adversary is not for § 362(k) violation, it is for damages and wrongful repossession.


Sincerely,


Shmuel Klein/nem


Cc ECF and Court